IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRELL P. WARE,** | ) | |
| Petitioner, | ) | Civil Action No. 12-149 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| **KENNETH R. CAMERON, et al.,** | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Pending before the Court is Tyrell P. Ware's petition for a writ of habeas corpus, which he has filed pursuant to 28 U.S.C. § 2254. The case was referred to United States Magistrate Judge Susan Paradise Baxter in accordance with 28 U.S.C. § 636(b) and Local Rule 72.

On October 18, 2013, the Magistrate Judge issued a Report and Recommendation [ECF No. 15], in which she recommended that the petition be denied and that a certificate of appealability be denied. The Report and Recommendation was mailed to Ware at his address of record, along with notification that if he had Objections to the Report and Recommendation he must file them on or before November 4, 2013.

Ware did not file Objections. Accordingly, after de novo review of the documents filed in this case and the Report and Recommendation, the following Order is entered:

AND NOW, this **8th** day of **November, 2013**;

IT IS HEREBY ORDERED that the petition is DENIED and a certificate of appealability is DENIED;

The Report and Recommendation [ECF No. 15] of Magistrate Judge Susan Paradise Baxter, filed on October 18, 2013, is adopted as the opinion of the Court as supplemented herein. The Clerk of Court

1

shall mark this case CLOSED.

/s/ Nora Barry Fischer
United States District Court Judge

cc: Susan Paradise Baxter, U.S. Magistrate Judge

Notice by first-class mail to:

Tyrell P. Ware
GS8732
SCI Benner Township
301 Institution Drive
Bellefonte, PA 16823